No. 881, Misc.  HAMPTON *v.* COLORADO.  Sup. Ct. Colo.  Certiorari denied.  Petitioner *pro se.  Duke W. Dunbar,* Attorney General of Colorado, *Frank E. Hickey,* Deputy Attorney General, and *James W. Creamer, Jr.,* Assistant Attorney General, for respondent.

No. 917, Misc.  BERRY *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.  Petitioner *pro se.  Solicitor General Cox* for the United States.  Reported below: 338 F. 2d 605.

No. 925, Misc.  ROHRLICH *v.* FAY, WARDEN.  C. A. 2d Cir.  Certiorari denied.

No. 929, Misc.  HUIZAR *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.  Petitioner *pro se.  Solicitor General Cox* for the United States.

No. 585.  FEDERAL POWER COMMISSION *v.* AMERADA PETROLEUM CORP. ET AL., 379 U. S. 687;

No. 32, Misc.  MEATON *v.* UNITED STATES, *ante,* p. 916;

No. 640, Misc.  DI SILVESTRO *v.* UNITED STATES, *ante,* p. 917; and

No. 701, Misc.  BROWNE *v.* WISCONSIN, 379 U. S. 1004. Petitions for rehearing denied.

MARCH 30, 1965.

No. 287, Misc.  SISK *v.* LANE, WARDEN.  C. A. 7th Cir.  Petition for writ of certiorari dismissed pursuant to Rule 60 of the Rules of this Court.  Petitioner *pro se. Edwin K. Steers,* Attorney General of Indiana, for respondent.